IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ELOISE MCKNIGHT, ISACC EUGENE MCKNIGHT,

    Plaintiffs,

v.                                                       CASE NO. 1:09-cv-00180-MP-AK

C R BARD INC, DAVOL INC,

    Defendants.

_____/

## O R D E R

    This matter came before the Court for a removal status conference on September 3, 2009. At the hearing the parties indicated that there would be no objection to removal and that the plaintiffs would be filing a consent motion to transfer this case to become part of a Multi-District Litigation taking place in Rhode Island. The parties also moved to stay the instant action pending the filing of this motion and the transfer to the MDL court. The motion is granted, and this matter is stayed until further order of the Court.

    Also pending is Doc. 8, Stipulated Motion for Substitution of Counsel by Davol Inc, C R Bard Inc. The motion is granted, and BENJAMIN J. BIARD shall be and is substituted as counsel or record on behalf of Defendants DAVOL, INC. and C.R. BARD, INC. in this matter.

    **DONE AND ORDERED** this _8th_ day of September, 2009

                                            *s/Maurice M. Paul*
                                     Maurice M. Paul, Senior District Judge